UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SUTYAK,<br><br>        Plaintiff,<br><br>    v.<br><br>FREEDOM ISLE LLC,<br><br>        Defendant. | Case No. 25-cv-00416-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on January 13, 2025. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that April 14, 2025 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed (nor have summons been requested or issued). The Case Management Conference (CMC), originally scheduled for April 15, 2025, was continued to May 20, 2025, because Defendant had not been served 7 days prior to the original CMC date. (Re: Dkt. No. 6.) Plaintiff did not file a case management statement for either CMC.

IT IS HEREBY ORDERED that by no later than June 5, 2025, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

///

///

///

///

///

The Court CONTINUES the CMC to **July 15, 2025** at 1:30 p.m.  The case management conference statement is due on July 8, 2025.

**IT IS SO ORDERED.**

Dated: May 15, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge