UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SUTYAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREEDOM ISLE LLC,<br><br>　　　　　Defendant. | Case No. 25-cv-00416-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On January 13, 2025, Plaintiff Michael Sutyak filed the instant action against Defendant Freedom Isle, LLC. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days to complete service of the complaint and summons, such that April 14, 2025 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

On May 15, 2025, the Court issued an order to show cause, noting that no proof of service had been filed, nor had summons been requested or issued. (OSC, Dkt. No. 7.) The Court ordered Plaintiff to show cause why the case should not be dismissed for failure to comply with the service deadline by June 5, 2025. (*Id.*) To date, Plaintiff has not responded to the OSC, nor has Plaintiff requested a summons. Indeed, Plaintiff has not filed anything in this case since February 4, 2025.

Accordingly, the Court ORDERS Plaintiff to show cause, by **July 11, 2025**, why this case should not be dismissed by: (1) completing service on Defendant or filing a Motion for Administrative Relief, and (2) explaining why Plaintiff failed to comply with Rule 4(m) and the Court's May 15, 2025 order to show cause. Failure to do so will result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

1    The Court again CONTINUES the CMC to **September 23, 2025** at 1:30 p.m. via zoom.

2 The joint case management conference statement is due on **September 16, 2025**.

3    IT IS SO ORDERED.

4 Dated: June 24, 2025

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge